IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO MARTINEZ MARTINEZ, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:25-CV-180 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | Re: ECF Nos. 1, 10, and 14 |
| LEONARDO ODDO, *as Warden, Moshannon* | ) | |
| *Valley ICE Processing Center*, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this 24th day of September, 2025, for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, IT IS HERBEY ORDERED, ADJUDGED, and DECREED that Petitioner's "Emergency Petition for Writ of Habeas Corpus," ECF No. 1, is DISMISSED as MOOT. IT IS FURTHER ORDERED that the Motion to Maintain this Habeas Petition Pending Release of Petitioner by USICE, ECF No. 10, is DENIED as MOOT. IT IS FURTHER ORDERED that Motion to Dismiss with Conditions, ECF No. 14, is DENIED in part as MOOT, and DENIED in part as not cognizable in habeas.

The Clerk is directed to mark this CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any party wishing to appeal from this Order must file a notice of appeal within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

BY THE COURT,

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

1

2

cc: Counsel of record (*via* CM/ECF)